UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Adversary Proceeding No. 24-9016 |
|    Dennis Clifford Bruce, | ) | Case No. 24-00179 |
|       Debtor, | ) | (Chapter 7) |
| | ) | |
| DVA, Inc. | ) | ORDER |
|       Plaintiff, | ) | MOTION TO DISMISS |
|    v. | ) | ADVERSARY PROCEEDING |
| Dennis Clifford Bruce | ) | |
|       Defendant. | ) | |

Before the Court is the Plaintiff's counsel's Motion to Dismiss Adversary Proceeding, having reviewed the motion and the docket, having determined that notice of the motion was due and proper, having considered the attendant circumstances, and having determined that good cause supports granting the motion, and that adversary proceeding is dismissed.

    IT IS SO ORDERED.

Dated and Entered: June 12, 2024

                                                                  Thad J. Collins
                                                                   Chief Bankruptcy Judge