United States Bankruptcy Court

Northern District of Iowa

DVA, Inc. d/b/a Ditch Witch of Virginia,
    Plaintiff

Bruce,
    Defendant

Adv. Proc. No. 24-09016-TJC

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 12, 2024 | Form ID: pdf902 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Dennis Clifford Bruce, 565 Eastview Ave, Marion, IA 52302-5974 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric J. Langston | on behalf of Plaintiff DVA Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| In re: | ) | Adversary Proceeding No. 24-9016 |
|---|---|---|
|     Dennis Clifford Bruce, | ) | Case No. 24-00179 |
|         Debtor, | ) | (Chapter 7) |
| | ) | |
| DVA, Inc. | ) | ORDER |
|         Plaintiff, | ) | MOTION TO DISMISS |
|     v. | ) | ADVERSARY PROCEEDING |
| Dennis Clifford Bruce | ) | |
|         Defendant. | ) | |

Before the Court is the Plaintiff's counsel's Motion to Dismiss Adversary Proceeding, having reviewed the motion and the docket, having determined that notice of the motion was due and proper, having considered the attendant circumstances, and having determined that good cause supports granting the motion, and that adversary proceeding is dismissed.

    IT IS SO ORDERED.

Dated and Entered: June 12, 2024

Thad J. Collins
Chief Bankruptcy Judge